## Buchanan's Estate.

*Harvey Gowrley, Harry S. Platowsky* and *Isaac Hassler,* for exceptants.
*Augustus B. Repetto,* contra.

418

HENDERSON, J., May 22, 1931.—After a careful examination of the record and briefs presented in the instant matter, we are convinced the Auditing Judge was right in his conclusions and for the reasons given by him. All exceptions are dismissed and the adjudication is confirmed absolutely.